# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-13776

UNITED STATES OF AMERICA,

                                                    *Plaintiff-Appellee,*

versus

MICHAEL PRIME,

                                                    *Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cr-00540-JSM-AAS-1

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 4, 2025

For the Court: DAVID J. SMITH, Clerk of Court